UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Plasterers and Cement Masons Local
40 Pension Fund, et al

v. C.A. No. 07-250S

CBC Liberty Enterprises, LLC

**SHOW CAUSE ORDER**

On or before **December 27, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Noreen Baldwell
Deputy Clerk

ENTER:

WSmith
William E. Smith
United States District Judge

Date: 12/11/07